UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAUREN PARENTI,<br><br>                Plaintiff,<br><br>-against-<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>                Defendant. | CIVIL ACTION NO.:<br>3:20-cv-01891-VAB<br><br><br><br>JANUARY 13, 2021 |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Lauren Parenti hereby notifies the Court that she is dismissing this legal action in its entirety, with prejudice, and with both sides to bear their own costs.

                                                     Respectfully submitted,

                                                     LAUREN PARENTI

                                               By:   /s/ Frances Codd Slusarz
                                                    Mark P. Carey (ct17828)
                                                    Frances Codd Slusarz (ct24442)
                                                    Carey & Associates, P.C.
                                                    71 Old Post Road, Suite 1
                                                    Southport, CT 06890
                                                    (203) 255-4150 tel.
                                                    (203) 255-0380 fax
                                                    mcarey@capclaw.com
                                                    fslusarz@capclaw.com

                                                    *Her Attorneys*